UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN DURAN,<br><br>               Plaintiff,<br><br>        v.<br><br>SHAWN D. EATMON, *et al.*,<br><br>               Defendants. | Civil No.   06cv685-L(CAB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE** |

Plaintiff Ivan Duran, a state prisoner proceeding *pro se*, filed a complaint for violation of his civil rights pursuant to 42 U.S.C. § 1983 and for violation of the Gender Motivated Violence Act ("GMVA"). The case was referred to United States Magistrate Judge Cathy Ann Bencivengo for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.3. On July 24, 2007, the Magistrate Judge issued a Report and Recommendation, recommending the complaint be dismissed for failure to exhaust administrative remedies without prejudice and without leave to amend.[1] Plaintiff did not file objections to the Report and Recommendation.

A district judge "may accept, reject, or modify the recommended decision" on a dispositive matter prepared by a magistrate judge proceeding without the consent of the parties

---

[1] In the alternative, the Magistrate Judge recommended dismissing the Fourteenth Amendment and GMVA claims.

for all purposes.  Fed. R. Civ. P. 72(b); *see* 28 U.S.C. § 636(b)(1).  "The court shall make a *de novo* determination of those portions of  the [report and recommendation] to which objection is made."  28 U.S.C. § 636(b)(1).  Section 636(b)(1) does not require some lesser review by the district court when no objections are filed.  *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).  The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made, but not otherwise*."  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in the original); *see Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1225-26 & n.5 (D. Ariz. 2003).

In the absence of any objections, the court **ADOPTS** the Report and Recommendation.  The complaint is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

**IT IS SO ORDERED.**

DATED:  January 30, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL